TODD M. LEVENTHAL, ESQ.
Nevada Bar No. 8543
600 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
Attorney for Chester Carl

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              Plaintiff,<br><br>  vs.<br><br>CHESTER CARL<br><br>              Defendants. | 2:09-cr-00206-MMD-PAL<br><br>**Stipulation to Continue** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, CHESTER CARL, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, DANIEL G. BODGEN, United States Attorney, and TIMOTHY VASQUEZ, Assistant U.S. Attorney, that the Arraignment and Plea Hearing currently set for December 21, 2012 at 8:30 a.m. be vacated and reset for the second week of January, 2013.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant is out of jurisdiction on that day and will be out of town until the first week of January.

2. Defendant, Chester Carl, lives in Arizona and needs time to make travel arrangements.

3. Counsel for the defendant has spoken to Chester Carl and he has no opposition to the continuance.

4. Chester Carl is currently not in custody.

//
//
//
//

5. Counsel for Chester Carl has spoken to Timothy Vasquez, Assistant U.S. Attorney, and he has no objection to the continuance.

DATED this 14th day of December, 2012.

_____-S-_____                 _____-S-_____
Todd M. Leventhal, Esq.                                Timothy Vasquez
Counsel for Defendant                                  Assistant U.S. Attorney

TODD M. LEVENTHAL, ESQ.
Nevada Bar No. 8543
600 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
Attorney for Chester Carl

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CHESTER CARL<br><br>　　　　　　Defendants. | 2:09-cr-00206-MMD-PAL<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW** |

### FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. Counsel for the defendant is out of jurisdiction on that day and will be out of town until the first week of January.

2. Defendant, Chester Carl, lives in Arizona and needs time to make travel arrangements.

3. Counsel for the defendant has spoken to Chester Carl and he has no opposition to the continuance.

4. Chester Carl is currently not in custody.

5. Counsel for Chester Carl has spoken to Timothy Vasquez, Assistant U.S. Attorney, and he has no objection to the continuance.

//

//

//

//

**ORDER**

Accordingly, IT IS SO ORDERED that the December 21, 2012 at 8:30 a.m. hearing is vacated and the same is continued and reset for ____Weds, January 16th____, 20_13_, at the hour of __3:00p__.m., in courtroom # __3B__.

DATED this 42yj day of Fgego dgt, 2012.

_____
UNITED STATES JUDGE